**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AWADALLAH HASAN and AMANDA M. SMITH, | ) ) ) | CASE NO. 1:16-cv-02882-DAP |
| Plaintiffs, | ) ) | JUDGE DAN AARON POLSTER |
| vs. | ) ) ) | **TELECONFERENCE MINUTES** and |
| SHIMA LIMOUSINE SERVICES, INC. and BARBARA T. SHIMA, | ) ) ) | **ORDER** |
| Defendants. | ) | |

**I. Teleconference Minutes**

On May 11, 2017, the Court held a scheduled teleconference attended by Plaintiffs' counsel James L. Simon and Defendants' counsel Dana S. Elfvin. Counsel represented that the matter had settled.

**II. Order**

During the February 28, 2017, case management conference and the April 17, 2017, settlement conference, the Court engaged the parties in settlement negotiations. During the May 11, 2017, teleconference, counsel advised the Court that the above-captioned case has fully settled. After the teleconference, counsel sent an unexecuted copy of the confidential settlement

agreement to the Court for review and approval.

The Court has reviewed the settlement agreement finds the resolution fair and reasonable.

Accordingly, this case is dismissed with prejudice. The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

                                                    */s/ Dan A. Polster     May 11, 2017*
                                                    **DAN AARON POLSTER**
                                                    **UNITED STATES DISTRICT JUDGE**